IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MATTHEW EDWARD TURNER,
Administrator of The Estate of SHERRY
DIANE TURNER, deceased,
MATTHEW EDWARD TURNER,
Individually and in his own right,
EVAN MATTHEW TURNER, who sues
by his Natural Parent, Guardian, and
Next Friend, MATTHEW EDWARD
TURNER, KASEY ADAM TURNER,
who sues by his Natural Parent, Guardian,
and Next Friend, MATTHEW EDWARD
TURNER, and ALEXIS NICOLE TURNER,
who sues by her Natural Parent, Guardian
and Next Friend, MATTHEW EDWARD
TURNER,

           Plaintiffs,

v.                                         Civil Action No. 3:04-CV-101

UNITED STATES OF AMERICA,

           Defendant.

## ORDER

On September 14, 2007, this Court entered an <u>Order Approving Settlement and Distribution of Proceeds</u> in the above-styled action. In paragraph 4 of the Court's conclusions, the Defendant United States of America was directed to make prompt payment of the settlement proceeds as set forth in the <u>Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Pursuant</u>

to 28 U.S.C. § 2677. The Court has been advised that payment has not yet been made by the Defendant United States of America. Accordingly, it is hereby

**ORDERED** that the parties file a report within 10 days of the entry of this Order setting forth in detail the status of the distribution of settlement proceeds as outlined in the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act and further memorialized in this Court's Order Approving Settlement and Distribution of Proceeds dated September 14, 2007.

DATED: 11-8-2007

UNITED STATES DISTRICT JUDGE